Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.854.6899
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDRA LEE JENKINS-HAMPTON, | CASE NO.: 2:13-cv-06074-JPR |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | AWARDING EAJA FEES |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FIVE HUNDRED EIGHTY DOLLARS AND 00/100 ($2,580.00) subject to the terms of the stipulation.

DATED: January 20, 2015

_____
HON. JEAN ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

-1-